

**O'MELVENY & MYERS LLP**

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/07

February 9, 2007

OUR FILE NUMBER
155,085-21
1680262

VIA FACSIMILE

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007-1312

*February 13, 2007*
Application **GRANTED**
SO Ordered
/s/ Paul Crotty
USDJ

WRITER'S DIRECT DIAL
(212) 326-2067

WRITER'S E-MAIL ADDRESS
jkohn@omm.com

Re: *Francis Poliandro Heath et al. v. Citigroup Global Markets, Inc. f/k/a Salomon Smith Barney, Inc. (Index No. 06-CV-3458 (PAC))*

Dear Judge Crotty:

My firm represents Citigroup Global Markets, Inc. ("CGMI") in the above-referenced matter. This letter is being submitted jointly by counsel for plaintiffs and counsel for CGMI. As you know, a nationwide settlement of all class actions raising the issues involved in this lawsuit has been reached. On October 18, 2006 the parties submitted a Stipulation and Order to Stay Action requesting that the Court stay all discovery in this matter pending completion of the settlement. (A copy of the Stipulation is attached.) The Court ordered that the parties report on the status of their discussions in sixty days, which we did on December 8, 2006, and again 60 days later.

The parties wish to inform the Court that the global settlement process continues to be on track at this time. They have agreed to the filing of a consolidated amended complaint incorporating this case and others. The parties in this case jointly request that the Court continue the stay of all discovery in this case as stated in the Stipulation and Order to Stay Action filed with the Court on October 18, until a ruling of the final approval of the settlement action.

We appreciate the Court's assistance in this matter. If you should have any questions or wish to speak with counsel, please let us know.

Respectfully submitted,

/s/ Jeffrey I. Kohn
of O'MELVENY & MYERS LLP

Enclosure
cc: Max Folkenflick, Esq.

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 3 2006
```

**United States District Court
Southern District of New York**

FRANCIS POLIANDRO HEATH, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

against

CITIGROUP GLOBAL MARKETS INC., F/K/A SALOMON
SMITH BARNEY, INC.

    Defendant.

Index No. 06-CV-3458

## STIPULATION AND ORDER TO STAY ACTION

Plaintiff Francis Poliandro Heath ("Heath") and Defendant Citigroup Global Markets Inc. ("CGMI"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS Heath filed the above referenced action on May 5, 2006 ("Heath"); and

WHEREAS in connection with other related actions, the parties reached a nationwide settlement; and

WHEREAS the parties need time to effectuate the terms of the nationwide settlement.

NOW, THEREFORE, the parties hereby stipulate as follows:

1.  All litigation activity of any kind in *Heath* is hereby stayed while the parties effectuate the nationwide settlement; and

2.  The parties to *Heath* will jointly notify this Court if any changed circumstances arise that may affect this Stipulation and Order to Stay Action;

3.  The parties shall report on the status of their discussions in sixty (60) days so that the Court may determine whether the stay should be continued.

Dated: October 11, 2006
New York, New York

AGREED TO:

Fo[illegible]lk & McG[illegible]ty

By: _____
[illegible] Fo[illegible]lk
1500 Broadway, 21st Floor
New York, NY 10036
(212) 757-0400

*Attorneys for Plaintiff*

O'MELVENY & MYERS LLP

By: _____
Je[illegible] Ko[illegible]
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Defendant*

SO ORDERED:    OCT 1 3 2006

_____
THE HONORABLE PAUL A. CROTTY
United States District Judge

2